## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00920-REB-KLM

COYLE KENNEDY,

    Plaintiff,

v.

ADAM GOLDEN, DPD,
JACOB ROBB, DPD,
MARK MILLER, DPD,
BRIAN MARSHALL, DPD, AND
DEREK HANCOCK, DPD,,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order adopting recommendations of United States Magistrate Judge of Judge Robert E. Blackburn entered on 8/1/2014 it is

ORDERED that Plaintiff COYLE KENNEDY recovers nothing, the action is dismissed on the merits, and Defendant ADAM GOLDEN, DPD, JACOB ROBB, DPD, MARK MILLER, DPD, BRIAN MARSHALL, DPD, and DEREK HANCOCK, DPD, is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day of August, 2014.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                By: s/   T.Lee
                                            T.Lee
                                            Deputy Clerk